UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>Stacy D Hatchett<br><br>Debtor(s) | Case No. 16-81351-CRJ-13 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Michele T. Hatcher, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/05/2016.

2) The plan was confirmed on 08/12/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/22/2017, 12/14/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/22/2017.

5) The case was completed on 05/24/2019.

6) Number of months from filing to last payment: 37.

7) Number of months case was pending: 40.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $1,055.00.

10) Amount of unsecured claims discharged without payment: $88,563.19.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $8,034.74 |
| Less amount refunded to debtor | $102.74 |
| **NET RECEIPTS:** | **$7,932.00** |

## Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,933.00 |
| Court Costs | $310.00 |
| Trustee Expenses & Compensation | $511.38 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,754.38** |

Attorney fees paid and disclosed by debtor: $67.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALWAYS MONEY | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP | Unsecured | 1,260.00 | 1,236.64 | 1,236.64 | 303.11 | 0.00 |
| AMERICREDIT FINANCIAL SERVICES | Unsecured | 4,543.00 | 4,543.45 | 4,543.45 | 1,113.64 | 0.00 |
| AT&T | Unsecured | 698.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 699.00 | NA | NA | 0.00 | 0.00 |
| BILL ME LATER INC | Unsecured | NA | 431.73 | 431.73 | 105.82 | 0.00 |
| CASH MART INC | Unsecured | 1,032.00 | 1,031.69 | 0.00 | 0.00 | 0.00 |
| CHARTER COMMUNICATION | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| CHARTER COMMUNICATIONS | Unsecured | 214.00 | 384.75 | 384.75 | 94.31 | 0.00 |
| COMCAST | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| DECATUR MORGAN HOSPITAL | Unsecured | 2,378.00 | 2,378.90 | 2,378.90 | 583.09 | 0.00 |
| EASY MONEY | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY COVERAGE CORP | Unsecured | NA | 1,205.00 | 1,205.00 | 295.36 | 0.00 |
| FEDLOAN SERVICING | Unsecured | 69,796.00 | NA | NA | 0.00 | 0.00 |
| HUNTSVILLE ER PHYSICIANS GROUP | Unsecured | 30.00 | 30.00 | 30.00 | 7.36 | 0.00 |
| HUNTSVILLE HOSPITAL | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 2,615.00 | 2,615.37 | 2,615.37 | 641.05 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 575.00 | 575.39 | 575.39 | 141.04 | 0.00 |
| PEGASUS EMERGENCY GROUP OF A | Unsecured | 773.00 | NA | NA | 0.00 | 0.00 |
| PEGASUS EMERGENCY GROUP OF A | Unsecured | 347.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,219.00 | 2,219.15 | 2,219.15 | 543.93 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 603.00 | 603.43 | 603.43 | 147.91 | 0.00 |
| PROFESSIONAL FINANCIAL SERVICE | Secured | 6,584.00 | 5,955.99 | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 441.25 | 441.25 | 108.16 | 0.00 |
| REGIONS BANK | Unsecured | 379.00 | 378.75 | 378.75 | 92.84 | 0.00 |
| SPRINT | Unsecured | 488.00 | NA | NA | 0.00 | 0.00 |
| UNKNOWN CREDITOR | Unsecured | 781.00 | NA | NA | 0.00 | 0.00 |
| UNKNOWN CREDITOR | Unsecured | 456.00 | NA | NA | 0.00 | 0.00 |
| UNKNOWN CREDITOR | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| WALMART | Unsecured | 348.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK-FINGERHUT | Unsecured | 305.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$17,043.81** | **$4,177.62** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,754.38 |
| Disbursements to Creditors | $4,177.62 |
| **TOTAL DISBURSEMENTS:** | **$7,932.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/17/2019         By: /s/ Michele T. Hatcher
                                               Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

Stacy D Hatchett | CASE NO: 16-81351-CRJ-13

## CERTIFICATE OF SERVICE

    I, Michele T. Hatcher, Trustee, do hereby certify that I have this day served a copy of the above and foregoing instrument, by placing copies of same in the U.S. Mail, postage prepaid and properly addressed to the following:

Stacy D Hatchett
620 Old Railroad Bed Road
Fayetteville, TN, 37334

    THIS day September 17, 2019        /s/ Michele T. Hatcher
                                                                 Michele T. Hatcher, Trustee

**UST Form 101-13-FR-S (9/1/2009)**